RECEIVED
IN MONROE, LA
MAY 18 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| ARNOLD B. CURTIS | CIVIL ACTION NO. 10-0169 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN, OUACHITA CORRECTIONAL CENTER | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

Having fully reviewed the record in this matter, including Petitioner's objections [Doc. No. 10], and for the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 4], determining that the findings are correct under the applicable law, and for those additional reasons stated in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Arnold B. Curtis's ("Curtis") Petition for Writ of *Habeas Corpus*, filed pursuant to 28 U.S.C. § 2241, be DISMISSED WITH PREJUDICE for failing to state a claim for which relief may be granted, to the extent that he seeks dismissal of his pending state court charges and his immediate release from detention.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Curtis's Petition is DISMISSED WITHOUT PREJUDICE for failing to exhaust state court remedies, to the extent that he seeks to enforce his speedy trial and due process rights.

MONROE, LOUISIANA, this 17 day of May, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE